No. 05–6649. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6651. VILLALOBOS-LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6653. BUTLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6654. ADKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 05–6658. AQUINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6660. SCATES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–6661. SOBODE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6662. SEGURA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 05–6663. RIVERA-BENITO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 05–6664. STRINGHAM *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 05–6665. MARTINEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 05–6666. PIPKINS ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 05–6668. PATTERSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 05–6669. TAVERAS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 05–6672. BELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 05–6675. STINNETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮